IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

RONALD SHEREE BUTLER,
          Plaintiff,
    v.                                            **Judgment in a Civil Case**
COLUMBUS COUNTY SHERIFF'S
DEPARTMENT; CHRIS BATTON; MALE
NURSE,
          Defendants.                      Case Number: 5:10-CT-3040-D

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for consideration of the defendant's motion for summary judgment.

**IT IS ORDERED AND ADJUDGED** that defendants Columbus County Sheriff's Department and Batton having been dismissed earlier in the action, the remaining defendant's motion for summary judgment is granted and this action is hereby dismissed.

<u>This Judgment Filed and Entered on January 13, 2012, with service on:</u>
Ronald Sheree Butler, 104 Wilbur Street, Tabor City, NC 28463 (via U.S. Mail)
Sonny S. Haynes (via CM/ECF Notice of Electronic Filing)


January 13, 2012                                      /s/ Dennis P. Iavarone
                                                          Clerk

Raleigh, North Carolina